**Fill in this information to identify the case:**

Debtor 1  Edith Juhasz

Debtor 2  _____

(Spouse, if filing)

United States Bankruptcy Court for the SOUTHERN District of NEW YORK

Case number 19-23271-shl

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as Trustee f/k/a Norwest Bank Minnesota, National Association, as Trustee for Delta Funding Home Equity Loan Trust 1997-3

**Court claim no.** (if known): 3-1

**Last 4 digits** of any number you use to identify the debtor's account: 0618

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | 09/17/2019 | (5) | $500.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Proof of Claim 410A Fees | 09/17/2019 | (11) | $250.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 Edith Juhasz        Case number (if known) 19-23271-shl
        Print Name    Middle Name    Last Name

Official Form 410S2        **Notice of Postpetition Mortgage Fees, Expenses, and Charges**        page 1

| Part 2: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ __Barbara Whipple__                                                                 Date __January 2, 2020__
   Signature

Print      __Barbara Whipple__                                          Title   Bankruptcy Attorney
           First Name        Middle Name        Last Name

Company    RAS Boriskin, LLC

Address    900 Merchants Concourse, Suite 310
           Number            Street

           Westbury, NY 11590
           City                              State        ZIP Code

Contact Phone    470-321-7112                              Email   bwhipple@Rasflaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on  1/2/2020                                                                                               ,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Edith Juhasz
92 Glen Road
Yonkers, NY 10704

Krista M. Preuss
Chapter 13 Standing Trustee
399 Knollwood Road
White Plains, NY 10603

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

                                                  RAS Boriskin, LLC
                                                  Authorized Agent for Secured Creditor
                                                  900 Merchants Concourse, Suite 310
                                                  Westbury, NY 11590
                                                  Telephone: 470-321-7112
                                                  Facsimile: 516-280-7674

                                          By:  /s/Nora Stone
                                                  Nora Stone
                                                  Email: nostone@rascrane.com